UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| HASKELL D. WALL<br>    La. DOC # 530111 | CIVIL ACTION NO. 3:12-CV-2690 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN STEVE RADER | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA,** this 26th day of February, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE